FILED
CLERK, U.S. DISTRICT COURT
MAY - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 09-230-SVW |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | ) | |
| Gilbert Padilla | ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or
(B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he does not present a risk to safety of other persons or the community given his prior criminal history and history of non-compliance, and continued use of controlled substances

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will appear for future court appearances given his unknown history of probation violations, overall non-compliance, and no available bail resources.

IT IS ORDERED that defendant be detained.

DATED: 5-2-14

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2