```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              JAN 3 0 2015

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY              DEPUTY
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 09-0230-SVW |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Gilbert Padilla, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown recent background and bail resources,

1  ongoing admitted heroin use, history of bench warrants,
2  prior revocation, history of noncompliance
3  _____
4     and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
9      on: _____
10     _____
11     _____
12     _____
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:  1/30/15                    /s/ Jean Rosenbluth
                                      JEAN ROSENBLUTH
18                                    U.S. MAGISTRATE JUDGE

2